UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

JUQUILA MEXICAN CUISINE CORP.,                    Case No.  18-44976-nhl

                                                                      Chapter 11

                                    Debtor.
---------------------------------------------------------X

## DECLARATION OF SERVICE

   I, Cynthia Narea, being duly sworn state as follows:

   1.   I am over 18 years of age and not a party to this case.

   2.   On November 21, 2018,  I served a copy of the following document(s) to the
individuals and entities list on the annexed service list by either first class mail or electronic mail:


**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF
CLAIM ON OR BEFORE DECEMBER 31, 2018**


   I hereby certify that the foregoing statements made by me are true to the best of my
knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false,
I am subject to punishment.


Dated: November 21, 2018
          Astoria, New York


                                             _/s/Cynthia Narea_____
                                              Cynthia Narea

JUQUILA MEXICAN CUISINE CORP., CASE NO. 18-44976-nhl
## Service List

| Creditor | Method of Service | Creditor | Method of Service |
|---|---|---|---|
| N.Y.S. Dept of Tax. & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany NY 12205-0300 | MAIL | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | MAIL |
| State of New York, Department of Labor<br>Unemployment Insurance Division<br>Gov. W. Averell Harriman State Building<br>Building 12, Room 256<br>Albany, New York 12240 | MAIL | United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | MAIL |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | MAIL | Jose M. Aguera<br>5175 Gorsline Street<br>Elmhurst, NY 11373-4142 | MAIL |
| NY Dept. of Labor - Special<br>Audit & Enforcement Section<br>75 Varick Street, Room 716<br>New York, NY 10013-1900 | MAIL | NYS Dept. of Labor<br>75 Varick Street, 7th Floor<br>New York, NY 10013-1940 | MAIL |
| New York State Department of<br>Taxation and Finance<br>250 Veterans Hwy<br>Hauppauge, NY 11788-5500<br>Attn: Josh Russell | MAIL | Pechman Law Group PLLC<br>488 Madison Ave<br>New York, NY 10022-5702 | MAIL |
| Romeo Alcaide<br>41-50 78th Street, Apt. 308<br>Elmhurst, NY 11373-1903 | MAIL | Worker's Comp. Board -NYS<br>Finance Unit<br>328 State Street<br>Schenectady, NY 12305-3201 | MAIL |